UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARDELL INNIS, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 16-cv-12053-IT |
| | * | |
| DOUGLAS DEMOURS, | * | |
| | * | |
| Respondent. | * | |

ORDER

August 28, 2017

TALWANI, D.J.

After considering the Magistrate Judge's August 7, 2017 Report and Recommendation [#29], and noting that there has been no objection, the court hereby ACCEPTS and ADOPTS the Report and Recommendation [#29] for the reasons set forth therein. Petitioner Ardell Innis's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus [#1] is DENIED.

IT IS SO ORDERED.

                                                  /s/ Indira Talwani
                                                  United States District Judge